IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

CASE NO. 08-04926 SEK

YANIRA MARIE CARDONA FERNANDEZ          Chapter 13

XXX-XX-2609

FILED & ENTERED ON 04/08/2011

Debtor(s)

ORDER

Debtor must file a request for conversion of this case to Ch. 7 within
fourteen (14) days.

SO ORDERED.

In San Juan, Puerto Rico, this April 08, 2011.

Sara E. De Jesus Kellogg
U.S. Bankruptcy Judge

c: DEBTOR (S)
   MARILYN VALDES ORTEGA
   JOSE RAMON CARRION MORALES